## EX PARTE TYLER.

(Decided June 30, 1916.   Rehearing denied December 30, 1916.
73 South. 1002.)

CERTIORARI to Court of Appeals.

JOHN P. GLOVER, for petitioner.   HARSH, HARSH & HARSH, contra.

MAYFILD, J.—Petition by W. J. Tyler for certiorari to Court of Appeals to review· and revise the judgment of the said court reversing and remanding the judgment of the trial court in *Williams v. Tyler*, 14 Ala. App. 591, 71 South. 51.   Writ denied.

## EX PARTE STATE, EX REL. McGEEVER, ET AL.

(Two cases.)

(Decided November 29, 1916.   73 South. 1002.)

ORIGINAL petition in Supreme Court.

W. K. TERRY, BURGIN & BROWN and FORNEY JOHNSTON, for petitioner.   FELIX E. BLACKBURN, contra.

Per Curiam.—The rule is made final for failure of the judge of the Jefferson Circuit Court to answer and the prohibition is awarded.   All the Justices concur.

## EX PARTE WALLING.

(Decided January 11, 1917.   73 South. 1002.)

CERTIORARI to Court of Appeals.

M. S. CARMICHAEL, H. L. MARTIN, M. A. OWEN and J. A. CARNLEY, for petitioner.   W. L. MARTIN, Attorney General, contra.

SOMERVILLE, J.—Petition of William T. Walling for certiorari to Court of Appeals to review and revise the judgment of said court affirming the judgment of the trial court in the case of *Walling v. State*, 15 Ala. App. 275, 73 South. 216.   Writ denied.

## FOWLER v. STATE.

(Decided November 30, 1916.   73 South. 1002.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. H. P. HEFLIN.